No. 229. MISSOURI, KANSAS AND TEXAS RAILWAY COMPANY *v.* TRUSKETT. Error to the United States Circuit Court of Appeals for the Eighth Circuit. Argued April 18 and 21, 1902. Decided April 28, 1902. *Per Curiam.* Judgment affirmed, with costs, on the opinion of the court below, *Railway Company v. Truskett,* 104 Fed. Rep. 728, and cause remanded to the United States Court for the Northern District of the Indian Territory. *Mr. James Hagerman, Mr. Clifford L. Jackson* and *Mr. Joseph M. Bryson* for the plaintiff in error. *Mr. S. M. Porter* for the defendant in error.

---

No. 576. HALL *v.* JOHNSON, AGENT AND WARDEN. Appeal from the Circuit Court of the United States for the Southern District of New York. Motions to dismiss or affirm submitted April 21, 1902. Decided April 28, 1902. *Per Curiam.* Order affirmed, with costs, on the authority of *Storti* v. *Massachusetts,* 183 U. S. 138, 141; *Brown* v. *New Jersey,* 175 U. S. 272; *Andrews* v. *Swartz,* 156 U. S. 272. See *People* v. *Hall,* 169 N. Y. 184. *Mr. Robert C. Taylor* for the motions. *Mr. Charles Haldane* and *Mr. Frank S. Black* opposing.

---

No. 264. BROWN, DEVISEE, *v.* CITY OF DENVER. Appeal from the Circuit Court of the United States for the District of Colorado. Submitted May 2, 1902. Decided May 5, 1902. *Per Curiam.* Decree reversed at the cost of appellants; and cause remanded with directions to dismiss the bill, at complainants' costs, for want of jurisdiction, on the authority of *Wheless* v. *St. Louis,* 180 U. S. 379. *Mr. James H. Brown* for the appellants. *Mr. H. M. Orahood* for the appellees.